UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

PHILLIP CARTER,

    Plaintiff,

v.

RODNEY MCCLURE et al,

    Defendant.                               No. 13-cv-547-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Acknowledging the Stipulation of Dismissal, entered on August 7, 2015 (Doc. 74), this case is **DISMISSED** with prejudice.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                       BY:     /s/*Caitlin Fischer*
                                                         **Deputy Clerk**

Dated:   August 10, 2015

Digitally signed by
David R. Herndon
Date: 2015.08.10
11:56:33 -05'00'

APPROVED:
            U.S. DISTRICT JUDGE
            U. S. DISTRICT COURT